```
                                        *        IN THE

ATTORNEY GRIEVANCE               *        SUPREME COURT
COMMISSION OF MARYLAND
                                        *        OF MARYLAND

        v.                              *        AG Docket No. 12

EVAN STUART ELAN                 *        September Term, 2024

                                        *
```

O R D E R

In its petition for disciplinary or remedial action, the Attorney Grievance Commission alleges that in June 2023 the Virginia State Bar Disciplinary Board revoked respondent's license to practice law in Virginia. Later in 2023, the District of Columbia Court of Appeals disbarred respondent. Upon the filing of the petition and pursuant to Rule 19-737(c), the Court issued an order requiring the respondent to show cause why corresponding discipline should not be imposed. Respondent did not respond to the order. Because of the Respondent's failure to file a response to the order to show cause, Bar Counsel filed a motion for order of default.

Upon consideration of the petition, it is this 25th day of November 2024, by the Supreme Court of Maryland,

ORDERED that the Respondent, Evan Stuart Elan, is disbarred from the practice of law in the State of Maryland effective immediately; and it is further

ORDERED that the Clerk of this Court shall strike the name of Evan Stuart Elan from the register of attorneys in this Court and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761(b); and it is further

ORDERED that the motion for order of default is denied as moot.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk